HENRY H. GAGE

*v.*

THE PEOPLE *ex rel.* John J. Hanberg, County Collector.

*Opinion filed December 16, 1903—Rehearing denied February 16, 1904.*

This case is controlled by the decision in *Gage* v. *People*, (*ante*, p. 61.)

APPEAL from the County Court of Cook county; the Hon. L. C. RUTH, Judge, presiding.

F. W. BECKER, for appellant.

ROBERT REDFIELD, and WILLIAM M. PINDELL, (EDGAR BRONSON TOLMAN, of counsel,) for appellee.

Per CURIAM: The questions involved in this case are the same as the questions decided in the case of *Gage* v. *People ex rel. (ante*, p. 61.) The decision in that case governs and controls the decision in this case.

The judgment of the county court will be reversed and the cause remanded, with directions to that court to enter a judgment in compliance with section 191 of chapter 120 of Hurd's Statutes of 1901.

*Reversed and remanded, with directions.*